*In re* **KIRK**, James Francis (MR 21351)
Mokena, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent James Francis Kirk is suspended from the practice of law for 90 days. Suspension effective February 2, 2007. Respondent James Francis Kirk shall reimburse the Client Protection Program Trust Fund for any client protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **LEAVY**, Patrick Thomas Gregory (MR 21260)
Dallas, TX

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent is suspended from the practice of law for three months and until further order of the Court.